People v Keane (2025 NY Slip Op 04415)

People v Keane

2025 NY Slip Op 04415

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, GREENWOOD, AND DELCONTE, JJ.

573 KA 20-01033

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
TIMOTHY C. KEANE, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

TODD G. MONAHAN, LITTLE FALLS, FOR DEFENDANT-APPELLANT.
KRISTYNA S. MILLS, DISTRICT ATTORNEY, WATERTOWN (MORGAN R. MAYER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered July 19, 2019. The appeal was held by this Court by order entered November 17, 2023, decision was reserved and the matter was remitted to Jefferson County Court for further proceedings (221 AD3d 1590 [4th Dept 2023]). The proceedings were held and completed. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Keane ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court